```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FASHIONWEAR (PVT) LTD.,                         :       09 Civ. 1193 (SHS)

                Plaintiff,                  :

    -against-                                       :       ORDER

CENTRAL MILLS, INC.,                            :

                Defendant.                  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     Plaintiff's motion for a default judgment [8] is denied;

      2.     Defendant shall file its answer to the complaint;

      3.     The last day for completion of discovery is October 30, 2009; and

      4.     There will be a pretrial conference on October 30, 2009, at 10:00 a.m.

Dated: New York, New York
       July 20, 2009

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.